No. 517. I. F. SEARLE ET AL. *v.* MECHANICS LOAN & TRUST COMPANY ET AL. December 9, 1918. Petition

OCTOBER TERM, 1918.          593

248 U. S.    Cases Disposed of Without Consideration by the Court.

for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit; dismissed, on motion of counsel for petitioners. *Mr. Elmer H. Adams* and *Mr. Reese H. Voorhees* for petitioners. *Mr. F. T. Post* for respondents.